UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

IN RE:

| | |
|---|---|
| Annie Smith-Dotson | CHAPTER: 13 |
| 4151 Penn AVE N | CASE NUMBER: 19-43084 |
| Minneapolis, MN 55412 | CLAIM AMOUNT: $3067.56 |

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems, LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 12/3/2019, in the amount of $3067.56.

Jefferson Capital Systems, LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 3rd day of September, 2020.

Jefferson Capital Systems, LLC

By: /s/ Kelly Lukason
Kelly Lukason   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Annie Smith-Dotson<br>4151 Penn AVE N<br>Minneapolis, MN 55412 |
| Debtor's Attorney: | Andrew Walker<br>4356 Nicollet AVE<br>Minneapolis, MN 55409 |
| Chapter 13 Trustee: | GREGORY A BURRELL<br>100 South Fifth Street Suite 480<br>MINNEAPOLIS, MN 55402 |

by submitting electronically with the court.

This 3rd day of September, 2020.

Jefferson Capital Systems, LLC

By: /s/ Kelly Lukason
Kelly Lukason   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314